UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MARK D. JOHNSON**                                                              **CIVIL ACTION**

**VERSUS**                                                                                     **NO. 15-1927**

**ENTERGY CORPORATION**                                                  **SECTION "E" (3)**

**REPORT AND RECOMMENDATION**

On June 5, 2015, *pro se* plaintiff Mark D. Johnson sued defendant. On June 8, 2015, summons was issued. Johnson never served defendant. On October 6, 2015, this Court set the matter on its November 4, 2015 call docket for failure to effect service. Said order also informed Johnson that failure to appear and/or to effect service would result in dismissal of his lawsuit wihout prejudice. Johnson failed to appear. Accordingly, given that Johnson proceeded *pro se*, the Court gave him a second chance and passed the docket for 30 days, after which it informed Johnson that failure to serve defendant and/or to comply with the call docket would result in dismissal of his lawsuit.

On December 9, 2015, this Court called the second call docket. Johnson again failed to appear. He has thus given the Court no good cause for his failure to serve defendant and/or to prosecute this lawsuit. The 120-day deadline for service on defendant has long passed, Fe. R. Civ. P. 4(m), and Johnson has failed to appear at both call dockets to explain his failure to act. Accordingly,

**IT IS RECOMMENDED** that this lawsuit be DISMISSED WITHOUT PREJUDICE for failure to prosecute. Fed. R. Civ. P. 4(m).

**NOTICE OF RIGHT TO OBJECT**

Objections must be: (1) specific, (2) in writing, and (3) served within fourteen (14) days after

being served with a copy of this report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b) and 72(b). A party's failure to object bars that party from: (1) entitlement to *de novo* review by a district judge; and (2) appellate review of the un-objected-to factual findings and legal conclusions accepted by the district court, except upon grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

      New Orleans, Louisiana, this 9th day of December, 2015.

*[signature: Daniel E. Knowles, III]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**