# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK D. JOHNSON | CIVIL ACTION |
| VERSUS | NO. 15-1927 |
| ENTERGY CORPORATION | SECTION "N" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 4(m).

New Orleans, Louisiana, this 4th day January, 2016.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE